IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATIE JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CJM VENTURES, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 3:09-cv-793-MEF-CSC<br>)<br>) (WO)<br>)<br>) |

**<u>ORDER</u>**

Upon consideration of the motion for Whit L. Huskey to withdraw as counsel (Doc. #20) filed on July 14, 2010, it is hereby

ORDERED that the motion is DENIED.  CJM Ventures, LLC is an artificial entity which cannot appear pro se or be represented by an unlicensed layman in federal court but must be represented by counsel.  *See, e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1384–86 (11th Cir. 1981); *Streeter v. Office of Douglas R. Burgess, LLC*, No. 107-cv-97, 2008 WL 508456, at *4 (M.D. Ala. Feb. 21, 2008).  Though the motion states that CJM Ventures, LLC has retained other representation, currently Whit L. Huskey is the only attorney remaining who has filed an appearance on behalf of that artificial entity party.

DONE this the 23rd day of July, 2010.

                                                     /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE