IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:09-cv-793-MEF |
| v. ) | |
| ) | (WO) |
| CJM VENTURES, LLC, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

Pursuant to the Joint Motion for Approval of Settlement (Doc. # 25), filed on June 7, 2011, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 15th day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE